**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR255** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JOSE ERIVES-RIOS,** | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation and Order ("Report") of Magistrate Judge Thomas D. Thalken (Filing No. 62). The Report recommends that the Defendant's Motion to Suppress (Filing No. 45) be denied. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation and Order (Filing 62) is adopted; and

2. The Defendant's Motion to Suppress (Filing No. 45) is denied.

DATED this 26th day of November, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge